USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NISBETT, *individually and on behalf of all other persons similarly situated*,

        Plaintiff,

v.

LUMITY LIFE INC.,

        Defendant.

21-CV-2042 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on March 9, 2021. Dkt. 1. On April 23, Plaintiff filed an acknowledgement of service, which stated that Defendant was served on March 31, 2021, and that its answer was due April 21, 2021. Dkt. 6. To date, however, Defendant has not appeared nor responded to the complaint. In addition, the parties have not yet responded to the Court's March 12, 2021 Order, requiring them to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference. Dkt. 5. Accordingly, if Plaintiff intends to move for a default judgment against Defendant, he shall do so no later than [21 days later] in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf)

SO ORDERED.

Dated:   May 21, 2021
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge