```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KAREEM NISBETT, *Individually and on behalf of all other persons similarly situated*,<br><br>                  Plaintiff,<br><br>      v.<br><br>LUMITY LIFE. INC.,<br><br>                  Defendant. | **USDC-SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC#:**<br>**DATE FILED:**<br><br>21-CV-2042 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      On May 21, 2021, the Court issued an order stating that—in light of Defendant's failure to appear or answer the complaint—if Plaintiff wished to file a motion for default judgment against Defendant he must do so no more than 21 days later. Dkt. 7. To date, Plaintiff has not done so. If Plaintiff intends to file a motion for default judgment, he must do so—or submit a letter requesting an extension of time to do so—no later than July 1, 2021. **Failure to comply with this order will result in dismissal of this action without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.** SO ORDERED.

Dated:    June 18, 2021
             New York, New York

                                                  RONNIE ABRAMS
                                                United States District Judge